1 | John C. Hueston, State Bar No. 164921
jhueston@hueston.com
2 | Vicki Chou, State Bar No. 248598
vchou@hueston.com
3 | HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
4 | Los Angeles, CA 90014
Telephone: (213) 788-4340
5 | Facsimile: (888) 775-0898

6 | Keith Bernard Letourneau (*pro hac vice* pending)
kletourneau@blankrome.com
7 | Zachary Ryan Cain (*pro hac vice* pending)
zcain@blankrome.com
8 | Blank Rome LLP
717 Texas Avenue, Suite 1400
9 | Houston, TX 77002
Telephone: (713) 228-6601
10 | Facsimile: (713) 228-6605

11 | Attorneys for Defendant
FLEXI-VAN LEASING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TOTAL TERMINALS INTERNATIONAL, LLC, a limited liability company, | Case No. 2:21-cv-01508 FLA (JCx) |
|---|---|
| Plaintiff, | **DEFENDANT FLEXI-VAN LEASING, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| FLEXI-VAN LEASING, LLC, a limited liability company, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Flexi-Van Leasing, LLC, submits the following Corporate Disclosure Statement.

Flexi-Van Leasing, LLC is a wholly-owned subsidiary of Flexi-Van Intermediate Holdings, LLC. Flexi-Van Intermediate Holdings, LLC is a privately held limited liability company, and no publicly traded corporation owns 10% or more of Flexi-Van Leasing, LLC's stock.

## NOTICE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1-1, Flexi-Van Leasing, LLC submits the following Notice of Interested Parties.

The undersigned, counsel of record for Flexi-Van Leasing, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

Flexi-Van Leasing, LLC

Flexi-Van Intermediate Holdings, LLC

Castle & Cooke, Inc

AIM Holdings, LLC

I Squared Capital, LLC

| | | |
|---|---|---|
| 1 | Dated: March 15, 2021 | HUESTON HENNIGAN LLP |

By: /s/ Vicki Chou
HUESTON HENNIGAN
John C. Hueston
Vicki Chou

BLANK ROME LLP
Keith Bernard Letourneau
(*pro hac vice* pending)
Zachary Ryan Cain
(*pro hac vice* pending)

Attorneys for Defendant
FLEXI-VAN LEASING, LLC

DEFENDANT FLEXI-VAN LEASING, LLC'S CORPORATE DISCLOSURE STATEMENT